IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANGELA ENGLE HORNE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:16cv92 |
| | ) |
| WTVR, LLC d/b/a CBS6 | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO COMPEL
WTVR TO IDENTIFY ITS CONFIDENTIAL SOURCE**

Plaintiff Angela Engle Horne ("Horne"), by counsel, pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby moves this Court to compel defendant WTVR, LLC d/b/a CBS6 ("WTVR") to identify the confidential source that it relied upon for its news story about her. The grounds for this motion are fully explained in the memorandum of law contemporaneously filed herewith, which memorandum is fully incorporated herein by reference.

WHEREFORE, for all of the reasons explained herein and in the memorandum of law filed herewith, this Court should GRANT Plaintiff's motion to compel and should order WTVR to identify its confidential source related to the news story about her.

Respectfully submitted,

ANGELA ENGLE HORNE

By: s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net
Counsel for Plaintiffs

1

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following to:

Conrad M. Shumadine
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5525 (direct dial)
(757) 628-5566 (facsimile)
cshumadine@wilsav.com

    Counsel for Defendant

    s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff