IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANGELA ENGLE HORNE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 3:16cv92 |
| ) | |
| WTVR, LLC d/b/a CBS6 ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S WITNESS LIST

Plaintiff Angela Engle Horne, by counsel, pursuant to paragraph 5 of the Amended Pre-trial Order entered in this case on January 10, 2017, hereby discloses the following persons who she may call as witnesses in the trial of this matter:

1. Angela Engle f/k/a Horne
2. Keith Horne (by video deposition, as separately noted as part of Plaintiff's discovery designation)
3. Wayne Covil
4. Mike Bergazzi
5. Scott Wise
6. Sheryl Barnhouse
7. Misti Davidson
8. Dr. Bobby Browder
9. Randy Bullock
10. Kenneth Hill
11. Sabrina Taylor
12. William Oldaker

13. Susan Wilson

14. Susan Powroznik

15. Yolanda Holmes-Williams

16. Cody Engle

17. Lindsey Robbins

18. Dr. John G. Villanueva

19. Dr. Renee Heyliger

20. Any non-objectionable witnesses identified by Defendant.

21. Any witnesses necessary for rebuttal.

Respectfully submitted,

ANGELA ENGLE HORNE

By: s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Conrad M. Shumadine
Brett A. Spain
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5525 (direct dial)
(757) 628-5566 (facsimile)
cshumadine@wilsav.com

        s/ Richard F. Hawkins, III
        Virginia Bar Number: 40666
        THE HAWKINS LAW FIRM, PC
        2222 Monument Avenue
        Richmond, Virginia 23220
        (804) 308-3040 (telephone)
        (804) 308-3132 (facsimile)
        Email: rhawkins@thehawkinslawfirm.net

        Counsel for Plaintiffs