IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | | |
|---|---|---|
| ANGELA ENGLE HORNE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 3:16cv92 |
| | ) | |
| WTVR, LLC d/b/a CBS6 | ) | |
| | ) | |
| Defendant. | ) | |

## **PLAINTIFF'S DESIGNATION OF DISCOVERY**

Plaintiff Angela Engle Horne, by counsel, pursuant to paragraph 4 of the Amended Pre-trial Order entered in this case, hereby designates the following discovery items that she intends to introduce at the trial of this matter:

1. Deposition of Keith Horne, taken on February 23, 2017:

   - Page 5, lines 19 through 25
   - Page 6, lines 1 through 25
   - Page 7, lines 1 through 6; line 25
   - Page 8, lines 1 through 25
   - Page 9, lines 1 through 25
   - Page 10, lines 1 through 25
   - Page 11, lines 1 through 25
   - Page 12, lines 1 through 16
   - Page 24, lines 17-25
   - Page 25, lines 1 through 25
   - Page 26, lines 1 through 25
   - Page 27, lines 1 through 8

2. Deposition of WTVR, Vol. I (Sheryl Barnhouse), taken on November 29, 2016:

   - Page 8, lines 7 through 25
   - Page 9, lines 1 through 13
   - Page 10, lines 5 through 17
   - Page 11, lines 4 through 25
   - Page 12, lines 1 through 18; lines 20 through 25
   - Page 13, lines 1 through 25

- Page 14, lines 1 through 9; lines 13 through 25
- Page 15, lines 1 through 25
- Page 16, lines 1 through 19; lines 22 through 25
- Page 17, lines 1 through 25
- Page 18, lines 1 through 9
- Page 21, lines 11 through 25
- Page 22, lines 1 through 12
- Page 23, lines 8 through 25
- Page 24, lines 1 through 10
- Page 25, lines 20 through 25
- Page 26, lines 1 through 8; lines 22 through 25
- Page 27, lines 1 through 8; lines 23 through 25
- Page 28, lines 1 through 25
- Page 29, lines 1 through 2; lines 13 through 25
- Page 30, lines 1 through 25
- Page 31, lines 1 through 25
- Page 32, lines 1 through 25
- Page 33, lines 1 through 8; lines 11 through 25
- Page 34, lines 1 through 25
- Page 35, lines 1 through 25
- Page 36, lines 1 through 25
- Page 37, lines 1 through 25
- Page 38, lines 1 through 4
- Page 39, lines 8 through 25
- Page 40, lines 3 through 23
- Page 47, lines 3 through 25
- Page 48, lines 1 through 25
- Page 49, lines 1 through 22
- Page 50, lines 2 through 25
- Page 51, lines 1 through 25
- Page 52, lines 1 through 25
- Page 53, lines 1 through 25
- Page 54, lines 1 through 23
- Page 55, lines 11 through 23
- Page 56, lines 14 through 25
- Page 57, lines 1 through 5; lines 12 through 23
- Page 58, lines 20 through 25
- Page 59, lines 1 through 6
- Page 60, lines 21 through 25
- Page 61, lines 1 through 25
- Page 62, lines 1 through 5
- Page 64, lines 7 through 20
- Page 67, lines 10 through 25
- Page 68, lines 1 through 25

- Page 69, lines 1 through 3.

3. Deposition of WTVR, Vol. II (Scott Wise), taken on November 29, 2016:

- Page 4, lines 13 through 15
- Page 5, lines 18 through 25
- Page 6, lines 1 through 5; lines 20-25
- Page 7, lines 1 through 24
- Page 8, lines 2 through 25
- Page 9, lines 1 through 23
- Page 10, lines 16 through 25
- Page 11, lines 1 through 7; lines 16 through 24
- Page 12, lines 1 through 25,
- Page 13, lines 1 through 10; lines 18 through 25
- Page 14, lines 1 through 18

Respectfully submitted,

ANGELA ENGLE HORNE

By: s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of March 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Conrad M. Shumadine
Brett A. Spain
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5525 (direct dial)
(757) 628-5566 (facsimile)
cshumadine@wilsav.com

s/ Richard F. Hawkins, III
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff