# CIVIL JURY TRIAL MINUTE SHEET

DATE: 4/10/17

| United States District Court | Eastern District of Virginia - Richmond Division |
|---|---|
| CASE TITLE<br><br>Angela Engle Horne<br>v.<br>WTVR, LLC | CASE NO: 3:16CV92<br>JUDGE: Gibney<br>COURT REPORTER: G. Halasz, OCR |

MATTER COMES ON FOR: JURY TRIAL ( X )

**TRIAL PROCEEDINGS:**

JURY: APPEARED, SWORN, EXAMINED ON VOIR DIRE (✓) EMPANELED, SWORN TO TRY ISSUE (✓)

WITNESSES EXCLUDED ON MOTION OF: PLAINTIFF(S) ( ) DEFENDANT(S) ( ) COURT ( )

OPENING STATEMENTS MADE (✓) OPENING WAIVED ( )

PLAINTIFF(S) ADDUCED EVIDENCE (✓) RESTED (✓) MOTION (✓) _Rule 50 motion - granted_

DEFENDANT(S) ADDUCED EVIDENCE ( ) RESTED ( ) MOTION ( ):

REBUTTAL EVIDENCE ADDUCED ( )    SUR-REBUTTAL EVIDENCE ADDUCED ( )

EVIDENCE CONCLUDED ( )    ARGUMENTS OF COUNSEL HEARD ( )

JURY CHARGED BY THE COURT ( )    ALTERNATE JUROR(S) DISCHARGED ( )

OBJECTIONS AND/OR EXCEPTIONS TO THE JURY CHARGE NOTED BY    * JURY OUT: _____
DEFENDANT ( ) GOVERNMENT ( ) NONE NOTED ( )    ** JURY IN: _____

INQUIRIES OF THE JURY RECEIVED; ANSWERED ( )    ADDITIONAL CHARGE ( )

JURY RETURNED VERDICT IN FAVOR OF PLAINTIFF(S) ( ) MONETARY AWARD $ _____

JURY RETURNED VERDICT IN FAVOR OF DEFENDANT(S) ( ) _____

JURY UNABLE TO AGREE ( )    MISTRIAL DECLARED ( )    JURY DISCHARGED (✓)

CLERK TO ENTER JUDGMENT ON VERDICT ( )    TRIAL EXHIBITS RETURNED TO COUNSEL (✓)

CASE CONTINUED UNTIL _____ AT _____ .M. FOR _____

MOTION(S) AFTER VERDICT: _____

_Richard F. Hawkins, III_
Counsel for the Plaintiff(s)

_Conrad M. Shumadine, Brett A. Spain_
Counsel for the Defendant(s)

SET: 9:00 am  BEGAN: 9:12 am  VOIR DIRE: 9:17 - 9:54  ENDED: 4:08  TIME IN COURT: 5:09
RECESSES:
10:35 - 10:52; 11:55 - 1:00; 2:14 - 2:30; 3:55 - 4:04

⬥AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | VIRGINIA-RICHMOND DIVISION |
|---|---|---|

| Angela Engle Horne | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| WTVR, LLC | Case Number: 3:16CV92 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Gibney | Hawkins | Shumadine, Spain |
| TRIAL DATE | COURT REPORTER | COURTROOM DEPUTY |
| April 10, 2017 | G. Halasz, OCR | Tuck |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | | | | Angela Engle Horne (pltf) |
| 2 | | | | ✓ | application for employment |
| 1 | | | | ✓ | video of WTVR news story (Played during opening) |
| | | | | | cross |
| | 5 | | | ✓ | Va Code § 22.1-296.1 |
| | 2 | | | ✓ | Transcript of broadcast |
| ✓ | | | | | Dr. Bobby Browder |
| 8 | | | | ✓ | Email 2/13/15 from ssss smith |
| | 3 | | | ✓ | website version of broadcast |
| | | | | | Deposition of Dr. Browder |
| | 6 | | | ✓ | Personnel Records Policy |
| ✓ | | | | | Susan Wilson |
| ✓ | | | | | Randy Bullock |
| ✓ | | | | | Wayne Covil |
| 8 | | | | | e-mail |
| 5 | | | | ✓ | Email dated 2/13/15 at 12:33pm from M. Bergazzi |
| | 3 | | | | website version |
| | | | | | deposition of Wayne Covil |
| ✓ | | | | | Michael Bergazzi |
| 8 | | | | | e-mail |
| 5 | | | | | e-mail |
| | | | | | Sheryl Barnhouse |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

pltf rests and moves for admission of all exhibits — granted

Page 1 of 1