IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
(Richmond Division)

ANGELA ENGLE HORNE,

    Plaintiff,

v.                                                Civil Action No. 3:16cv92

WTVR, LLC, d/b/a CBS 6,

    Defendant.

## STIPULATIONS

**For The Liability Phase**

1.    Angela Engle Horne, the plaintiff in this action, is a resident of Prince George County, Virginia.

2.    Section 22.1-296.1(A) has been in effect in Virginia since 1996 and provides:

> As a condition of employment for all of its public school employees, whether full-time or part-time, permanent, or temporary, every school board shall require on its application for employment certification (i) that the applicant has not been convicted of a felony or any offense involving the sexual molestation, physical or sexual abuse or rape of a child; and (ii) whether the applicant has been convicted of a crime of moral turpitude. Any person making a materially false statement regarding any such offense shall be guilty of a Class 1 misdemeanor and upon conviction, the fact of said conviction shall be grounds for the Board of Education to revoke such person's license to teach.

3.    On or about July 19, 2014, Ms. Horne completed an online application for a job as the Director of Budget and Finance of the School System.

4.    Ms. Horne did not certify that she had not been convicted of a felony and was not eligible to be hired by the School System in any capacity and her hiring was void under Virginia law.

5.    An unidentified, anonymous Prince George County resident notified members of the School Board that a felon had been hired by the School Board.

6. Dr. Browder was the Chief Executive Officer of the School System and its official spokesperson for dealing with the media and in responding to questions from the public.

7. The policy of the School Board at all relevant times was that personnel records and personnel decisions were confidential.

8. On February 13, 2015, as the lead story of its 5:30 p.m. broadcast, WTVR published the television story entitled "Sources: Convicted felon worked at local school board office."

9. On that same date, at 7:17 pm., WTVR published an internet version of its earlier television story.

**For the Damages Phase**

10. WTVR's broadcast area encompasses most of central Virginia.

11. WTVR's February 13, 2015 5:30 p.m. newscast had an estimated audience according to the Nielsen rating book of 29,000 households containing approximately 40,000 adults of 18 years of age or older.

12. On October 27, 1999, Ms. Horne was arrested and charged with conspiracy to possess with intent to distribute methamphetamine.

13. On May 11, 2000, Ms. Horne pled guilty to the felony of conspiracy to possess with intent to distribute methamphetamine and was convicted of the charge.

14. As a result of the conviction of a felony, Ms. Horne was sentenced by the United States District Court for the Eastern District of Virginia to serve 70 months in prison.

15. Attached hereto as **Exhibit 1** is a true and correct copy of The Prince George Journal article that ran on the front page of that newspaper on March 5, 2015.

16. WTVR is not responsible for Ms. Horne's termination or for her inability to obtain alternative employment

Dated: April 10, 2017

_____
Richard F. Hawkins, III (VSB No. 40666)
Counsel for Plaintiff
The Hawkins Law Firm, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 Telephone
(804) 308-3113 Facsimile
rhawkins@thehawkinslawfirm.net

_____
Conrad M. Shumadine (VSB No. 4325)
Brett A. Spain (VSB No. 44567)
Counsel for WTVR, LLC, d/b/a CBS 6
WILLCOX & SAVAGE, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5500 Telephone
(757) 628-5569 Facsimile
cshumadine@wilsav.com
bspain@wilsav.com

I-1465233.2