IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| ANGELA ENGLE HORNE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 3:16cv92 |
| | ) |
| WTVR, LLC d/b/a CBS6 | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that plaintiff Angela Engle Horne ("Horne" or "Plaintiff"), by counsel, appeals to the United States Court of Appeals for the Fourth Circuit from the following orders entered by the Court, United States District Judge John A. Gibney presiding, in this case: (i) the Court's February 13, 2017 Order denying Horne's Motion to Compel defendant WTVR, LLC d/b/a CBS6 ("WTVR") to identify its confidential source; (ii) the Court's March 8, 2017 Order granting WTVR's motion to declare Horne to be a public official; (iii) the Court's April 4, 2017 Order sustaining WTVR's objections about Horne's designation of deposition testimony about the lack of training and the lack of journalistic standards for WTVR employees; and (iv) the Court's April 10, 2017 Final Order granting WTVR's Rule 50(a) motion for judgment as a matter of law. Additionally, Plaintiff certifies that on this day, April 13, 2017, she, through her counsel, tendered payment, via credit card, to the United States District Court for the Eastern District of Virginia for the filing fees associated with this appeal.

ANGELA ENGLE HORNE

By: <u>s/ Richard F. Hawkins, III</u>
Virginia Bar Number: 40666
THE HAWKINS LAW FIRM, PC
2222 Monument Avenue
Richmond, Virginia 23220
(804) 308-3040 (telephone)
(804) 308-3132 (facsimile)
Email: rhawkins@thehawkinslawfirm.net

Counsel for Plaintiff

**C**ERTIFICATE OF **S**ERVICE

   I hereby certify that on the 13th day of April 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF systems which will send notification of such filing to the following:

Conrad M. Shumadine
Brett A. Spain
Willcox & Savage, P.C.
440 Monticello Avenue, Suite 2200
Norfolk, Virginia 23510
(757) 628-5525 (direct dial)
(757) 628-5566 (facsimile)
cshumadine@wilsav.com

               s/ Richard F. Hawkins, III
               Virginia Bar Number: 40666
               THE HAWKINS LAW FIRM, PC
               2222 Monument Avenue
               Richmond, Virginia 23220
               (804) 308-3040 (telephone)
               (804) 308-3132 (facsimile)
               Email: rhawkins@thehawkinslawfirm.net

               Counsel for Plaintiff