AO 133   (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

|  |  |  |
|---|---|---|
| ANGELA ENGLE HORNE | ) | |
| | ) | |
| v. | ) | Case No.: 3:16-cv-92 |
| | ) | |
| WTVR, LLC d/b/a CBS6 | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___04/10/2017___ against ___Angela Engle Horne___,
                                                                                    Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 0.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 2,425.05 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 552.16 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | 0.00 |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| | TOTAL   $ | 2,977.21 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service        [ ] First class mail, postage prepaid

[ ] Other: _____

s/ Attorney: _____Brett A. Spain_____

Name of Attorney:   Brett A. Spain

For: _____WTVR, LLC d/b/a CBS6_____        Date: ___04/20/2017___
              Name of Claiming Party

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____   By: _____   _____
      Clerk of Court                        Deputy Clerk                        Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Kenneth W. Hill<br>Prince George, Virginia | 1 | 40.00 | | 0.00 | 68 | 36.72 | 76.72 |
| Sabrina S. Taylor<br>Prince George, Virginia | 1 | 40.00 | | 0.00 | 86 | 46.44 | 86.44 |
| Bill Oldaker<br>Prince George, Virginia | 1 | 40.00 | | 0.00 | 86 | 46.44 | 86.44 |
| Michael Barnes<br>Hopewell, Virginia | 1 | 40.00 | | 0.00 | 68 | 36.72 | 76.72 |
| Wanda Schweiger<br>Ashland, Virginia | 1 | 40.00 | | 0.00 | 32 | 17.28 | 57.28 |
| Susan W. Wilson<br>Disputanta, Virginia | 1 | 40.00 | | 0.00 | 86 | 46.44 | 86.44 |
| Yolanda Holmes-Williams<br>Charles City, Virginia | 1 | 40.00 | | 0.00 | 78 | 42.12 | 82.12 |
| | | | | | | **TOTAL** | **$552.16** |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**HALASZ REPORTING & VIDEO**
P.O. Box 1644
Richmond, VA 23218-1644
(804) 708-0025
www.halaszreporting.com
FED ID: 54-1370651

# Invoice

Number:   16-HG287

Date:      10/13/2016

Bill To:

| |
|---|
| Conrad Shumadine, Esquire<br>Wilcox Savage<br>440 Monticello Avenue<br>Suite 2200<br>Norfolk, VA, 23510 |

RE:

| |
|---|
| Horne v. WTVR, et al.<br>Deposition of Dr. Browder.<br>Split bill with Mr. Hawkins. |

| Date | Description | Amount |
|---|---|---|
| 9/28/16 | 1/2 Attendance | $165.00 |
| | 1/2 Original & Copy | $524.40 |
| | Exhibits scanned | $16.00 |
| | Shipping & Handling | $15.00 |
| | **Total** | **$720.40** |

PLEASE INCLUDE A COPY OF THIS BILL WITH PAYMENT

PAYMENT DUE WITHIN 30 DAYS
INTEREST TO ACCRUE AT 12% PER ANNUM

MAKE CHECKS PAYABLE TO HALASZ REPORTING

# INVOICE

Halasz Reporting
P.O. Box 1644
Richmond VA  23218-1644
Phone:804-708-0025   Fax:804-708-0046

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9173 | 11/7/2016 | 33805 |
| **Job Date** | **Case No.** | |
| 11/1/2016 | 3:16CV92 | |
| **Case Name** | | |
| Angela Engle Horne v. WTVR, LLC, d/b/a CBS 6 | | |
| | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Conrad M. Shumadine, Esq.
Willcox and Savage, PC - Norfolk Office
Wells Fargo Center
440 Monticello Ave, Suite 2200
Norfolk VA  23510

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Angela Engle Horne | 86.00 Pages | @ | 3.85 | 331.10 |
|    Exhibit | 21.00 Pages | @ | 0.50 | 10.50 |
|    Deposition Attendance | | | 110.00 | 110.00 |
|    Fed Ex | | | 18.40 | 18.40 |
| | | **TOTAL DUE >>>** | | **$470.00** |

11/7/16   Transcript files sent via email.
11/7/16   Original transcript sent via FedEx.
Resource: GMH

NATIONWIDE COVERAGE.
Deposition coverage from coast to coast with
court reporters, videographers, videoconference and trial presentation.

Please include a copy of this bill with your payment.  Payment due within 30 days.

**Tax ID:** 54-1370651

*Please detach bottom portion and return with payment.*

Conrad M. Shumadine, Esq.
Willcox and Savage, PC - Norfolk Office
Wells Fargo Center
440 Monticello Ave, Suite 2200
Norfolk VA  23510

| | | |
|---|---|---|
| Invoice No. | : | 9173 |
| Invoice Date | : | 11/7/2016 |
| **Total Due** | : | **$ 470.00** |

Remit To: **Halasz Reporting**
          **P.O. Box 1644**
          **Richmond VA  23218-1644**

| | | |
|---|---|---|
| Job No. | : | 33805 |
| BU ID | : | HRV |
| Case No. | : | 3:16CV92 |
| Case Name | : | Angela Engle Horne v. WTVR, LLC, d/b/a CBS 6 |

**Halasz Reporting & Video**
P.O. Box 1644
Richmond, VA  23218-1644
(804)708-0025
www.halaszreporting.com
FED ID:  54-1370651

# Invoice

| Number | 11469GA |
|--------|---------|
| Date | 12/6/2016 |

| Bill To | RE: |
|---------|-----|
| Conrad Shumadine<br>Willcox & Savage<br>440 Monticello Avenue<br>Suite 2200<br>Norfolk, VA, 23510 | ANGELA HORNE v WTVR<br>Depositions of Bergazzi, Covil, Davidson<br>Wise & Barnhouse, |

| Date | Description | Amount |
|------|-------------|--------|
| 11/28 & 11/29/16 | 11/28 One copy of transcripts, pdf, scanned exhibits, handles R&S | $391.00 |
| | 11/29 One copy of transcripts, pdf, scanned exhibits, handles R&S | $203.50 |

PLEASE INCLUDE A COPY OF THIS BILL WITH PAMENT
PAYMENT DUE WITHIN 30 DAYS
INTEREST TO ACCRUE AT 12% PER ANNUM

THANK YOU

| Total | $594.50 |
|-------|---------|

**Halasz Reporting & Video**
P.O. Box 1644
Richmond, VA  23218-1644
(804)708-0025
www.halaszreporting.com
FED ID: 54-1370651

# *Invoice*

| | |
|---|---|
| Number | 11488GA |
| Date | 12/26/2016 |

| Bill To | RE: |
|---|---|
| Conrad Shumadine<br>Willcox & Savage<br>440 Monticello Avenue<br>Suite 2200<br>Norfolk, VA, 23510 | ANGELA HORNE v WTVR<br>Depositions of Hill, Taylor, Oldaker,<br>Barnes, Williams & Wilson |

| Date | Description | Amount |
|---|---|---|
| 12/2/16 | Appearance Fee | $200.00 |
| | Original transcripts, pdf, scanned exhibit | $381.15 |

PLEASE INCLUDE A COPY OF THIS BILL WITH PAMENT
PAYMENT DUE WITHIN 30 DAYS
INTEREST TO ACCRUE AT 12% PER ANNUM

THANK YOU

| Total | | $581.15 |
|---|---|---|

# INVOICE

Halasz Reporting
P.O. Box 1644
Richmond VA 23218-1644
Phone:804-708-0025   Fax:804-708-0046

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 9807 | 3/2/2017 | 35761 |
| **Job Date** | **Case No.** | |
| 2/23/2017 | 3:16CV92 | |
| **Case Name** | | |
| Angela Engle Horne v. WTVR, LLC, d/b/a CBS 6 | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Conrad M. Shumadine, Esq.
Willcox and Savage, PC - Norfolk Office
Wells Fargo Center
440 Monticello Ave, Suite 2200
Norfolk VA  23510

| | | | | |
|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Videotaped Deposition of Keith Horne | 29.00  Pages | @ | 2.00 | 58.00 |
| Exhibit | 2.00  Pages | @ | 0.50 | 1.00 |
| | **TOTAL DUE  >>>** | | | **$59.00** |

3/2/17    Transcript files sent via email.
Resource: BOH

NATIONWIDE COVERAGE.
Deposition coverage from coast to coast with
court reporters, videographers, videoconference and trial presentation.

Please include a copy of this bill with your payment.  Payment due within 30 days.

**Tax ID:** 54-1370651

*Please detach bottom portion and return with payment.*

Conrad M. Shumadine, Esq.
Willcox and Savage, PC - Norfolk Office
Wells Fargo Center
440 Monticello Ave, Suite 2200
Norfolk VA  23510

Invoice No.    :  9807
Invoice Date   :  3/2/2017
**Total Due**      :  **$ 59.00**

Remit To:  **Halasz Reporting**
          **P.O. Box 1644**
          **Richmond VA  23218-1644**

Job No.      :  35761
BU ID        :  HRV
Case No.     :  3:16CV92
Case Name    :  Angela Engle Horne v. WTVR, LLC, d/b/a
                CBS 6



# Check Request

| Firm A/C: ☑ <br> Fiduciary A/C: ☐ <br> Retainer: ☐ | **Prepared By:** <br> Patty Yoder <br> <br> **Time Needed:** Same Day (check returned) ⌄ | **Date of Request:** <br> 11/17/2016 |
|---|---|---|
| **Client Name:** <br> WTVR, LLC | | **Client/Matter Number:** <br> 98921.003 |
| **Matter Name:** <br> Horne v WTVR, LLC | | **Attorney Number:** <br> 253 |
| **Check Payable To:** <br> Kenneth W. Hill | | |
| **Description:** <br> Witness fee and mileage fee to attend deposition ∧ <br> on 12/2/16 ∨ | | **Expense Code:** |
| **Amount:** <br> $ 76.72 | **Check # (FOR BKP.DEPT USE):** <br> 79S2S   11/17/16 | **Attorney Signature:** |

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**** Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# ***** NEW *****

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| Firm A/C: ☑ | **Prepared By:** | **Date of Request:** |
|---|---|---|
| Fiduciary A/C: ☐ | Patty Yoder | 11/17/2016 |
| Retainer: ☐ | **Time Needed:** Same Day (check returned) ▼ | |

| **Client Name:** | **Client/Matter Number:** |
|---|---|
| WTVR, LLC | 98921.003 |

| **Matter Name:** | **Attorney Number:** |
|---|---|
| Horne v WTVR, LLC | 253 |

**Check Payable To:**
Sabrina S. Taylor

| **Description:** | **Expense Code:** |
|---|---|
| Witness fee and mileage fee to attend deposition on 12/2/16 | |

| **Amount:** | **Check # (FOR BKP.DEPT USE):** | **Attorney Signature:** |
|---|---|---|
| $ 86.44 | 79526   11/17/16 | |

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**** Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# ***** NEW *****

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| Firm A/C: ☑ | **Prepared By:** Patty Yoder | **Date of Request:** 11/17/2016 |
|---|---|---|
| Fiduciary A/C: ☐ Retainer: ☐ | **Time Needed:** Same Day (check returned) ⌄ | |

| **Client Name:** WTVR, LLC | **Client/Matter Number:** 98921.003 |
|---|---|
| **Matter Name:** Horne v WTVR, LLC | **Attorney Number:** 253 |

**Check Payable To:**
Bill Oldaker

| **Description:** Witness fee and mileage fee to attend deposition on 12/2/16 | **Expense Code:** |
|---|---|

| **Amount:** $ 86.44 | **Check # (FOR BKP.DEPT USE):** 79527  11/17/16 | **Attorney Signature:** |
|---|---|---|

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**\*\* Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# \*\*\*\*\* NEW \*\*\*\*\*

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| Firm A/C: ☑ | **Prepared By:** Patty Yoder | **Date of Request:** 11/17/2016 |
|---|---|---|
| Fiduciary A/C: ☐ | | |
| Retainer: ☐ | **Time Needed:** Same Day (check returned) ⌄ | |

| **Client Name:** WTVR, LLC | **Client/Matter Number:** 98921.003 |
|---|---|

| **Matter Name:** Horne v WTVR, LLC | **Attorney Number:** 253 |
|---|---|

| **Check Payable To:** Michael Barnes |
|---|

| **Description:** Witness fee and mileage fee to attend deposition on 12/2/16 | **Expense Code:** |
|---|---|

| **Amount:** $ 76.72 | **Check # (FOR BKP.DEPT USE):** 79528  11/17/16 | **Attorney Signature:** |
|---|---|---|

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**** Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# ***** NEW *****

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| Firm A/C: ☑ | **Prepared By:** | **Date of Request:** |
|---|---|---|
| Fiduciary A/C: ☐ | Patty Yoder | 11/17/2016 |
| Retainer: ☐ | **Time Needed:** Same Day (check returned) ▾ | |

| **Client Name:** | **Client/Matter Number:** |
|---|---|
| WTVR, LLC | 98921.003 |

| **Matter Name:** | **Attorney Number:** |
|---|---|
| Horne v WTVR, LLC | 253 |

**Check Payable To:**

Wanda Schweiger

| **Description:** | **Expense Code:** |
|---|---|
| Witness fee and mileage fee to attend deposition on 12/2/16 ▲ ▾ | |

| **Amount:** | **Check # (FOR BKP.DEPT USE):** | **Attorney Signature:** |
|---|---|---|
| $ 57.28 | 79529  11/17/16 | |

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**\*\* Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# ***** NEW *****

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| Firm A/C: ☑ | **Prepared By:** | **Date of Request:** |
|---|---|---|
| Fiduciary A/C: ☐ | Patty Yoder | 11/17/2016 |
| Retainer: ☐ | **Time Needed:** Same Day (check returned) ∨ | |

| **Client Name:** | **Client/Matter Number:** |
|---|---|
| WTVR, LLC | 98921.003 |

| **Matter Name:** | **Attorney Number:** |
|---|---|
| Horne v WTVR, LLC | 253 |

**Check Payable To:**

Susan W. Wilson

| **Description:** | **Expense Code:** |
|---|---|
| Witness fee and mileage fee to attend deposition on 12/2/16 | |

| **Amount:** | **Check # (FOR BKP.DEPT USE):** | **Attorney Signature:** |
|---|---|---|
| $ 86.44 | 79530   11/17/16 | |

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**\*\* Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# \*\*\*\*\* NEW \*\*\*\*\*

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*



# Check Request

| | | | | |
|---|---|---|---|---|
| **Firm A/C:** ☑ | **Prepared By:** | | **Date of Request:** | |
| **Fiduciary A/C:** ☐ | Patty Yoder | | 11/17/2016 | |
| **Retainer:** ☐ | **Time Needed:** Same Day (check returned) ⌄ | | | |

| **Client Name:** | **Client/Matter Number:** |
|---|---|
| WTVR, LLC | 98921.003 |

| **Matter Name:** | **Attorney Number:** |
|---|---|
| Horne v WTVR, LLC | 253 |

**Check Payable To:**
Yolanda Holmes-Williams

| **Description:** | **Expense Code:** |
|---|---|
| Witness fee and mileage fee to attend deposition on 12/2/16 | |

| **Amount:** | **Check # (FOR BKP.DEPT USE):** | **Attorney Signature:** |
|---|---|---|
| $ 82.12 | 79531   11/17/16 | |

- Every check request must have a signature.
- Paralegals and Secretaries may sign for their attorney(i.e. Jane Doe for ABC) for amounts of One Hundred Dollars($100.00) or less.**
- Check requests greater than Twenty-Five Hundred Dollars($2,500.00) require the signature of two partners, one of which must be a Section Head.**

**\*\* Dollar amounts and second signatures do not apply to fiduciary account check requests.**

# ***** NEW *****

- Every check request needs a copy of the invoice attached.
- Please enter the appropriate Expense Code (for clients that use LCodes)
- IRS requires us to obtain W-9 forms for vendors that provide services. If this is a new vendor, please help obtain a signed W-9 from the vendor. Bookkeeping can help faciliate obtaining the form and the process

*(C) Willcox & Savage 2010*